**FILED**

JAN 2 5 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrone Julius,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          Civil Action No.   **12 0123**
                                  )
Mr. Coachman,                     )
                                  )
          Defendant.              )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff, a District of Columbia resident, sues an individual who either works or resides in the District of Columbia for $999 million in damages. The complaint, lacking any cogent facts, neither presents a federal question nor provides a basis for diversity jurisdiction because the parties are not of diverse citizenship. A separate Order of dismissal accompanies this Memorandum Opinion.

DATE: January __13__, 2012          _____
                                    United States District Judge